IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IKIM ELIJAH BLACKETT,<br>    Petitioner,<br><br>VS.<br><br>RODNEY W. CHANDLER, Warden,<br>FCI-Fort Worth,<br>    Respondent. | §<br>§<br>§<br>§   CIVIL ACTION NO.4:13-CV-421-Y<br>§<br>§<br>§<br>§ |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Ikim Elijah Blackett under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 20, 2013; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 23, 2013.

The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Ikim Elijah Blackett's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED September 11, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE